UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA LYNN HARTSUFF,

   Plaintiff,         Case No. 1:11-CV-674

v.               Honorable Robert Holmes Bell

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On May 31, 2012, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that the Commissioner of Social Security's decision denying Plaintiff Tonya Lynn Hartsuff's claim for disability insurance benefits and supplemental security income be reversed and remanded pursuant to sentence six of 42 U.S.C. § 405(g). (Dkt. No. 19, R&R.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

  **IT IS HEREBY ORDERED** that the R&R (Dkt. No. 19) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits is **REVERSED AND REMANDED** pursuant to sentence six of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that on remand, the Commissioner shall evaluate whether Plaintiff was disabled under Listing 11.14 during a closed period which ended on May 29, 2009, and shall re-evaluate the opinions expressed in the May 29, 2009, Medical Assessment (AR 710-13).


Dated: June 27, 2012                                    /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE